UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CESARE GASPARI,

    Plaintiff,

v.

CAPITAL ONE, N.A. as
assignee of CHEVY CHASE FSB,

    Defendant.
_____/

Case No. 2:12-00304-JES-DNF

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Robert A. Rosenblatt, Esq.
Attorney for Cesare Gaspari, Plaintiff
Cesare Gaspari, Plaintiff
Will Grimsley, Esq., McGlinchey Stafford, PLLC
N. Mark New, II, Esq., McGlinchey Stafford, PLLC
Attorneys for Capital One, N.A., Defendant
Defendant Capital One, N.A, discloses that it is a wholly-owned subsidiary of Capital One Financial Corp., which is a publicly-held company.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Defendant Capital One, N.A, discloses that it is a wholly-owned subsidiary of Capital One Financial Corp., which is a publicly-held company.

410901.1

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

THIS, on the 18th of June, 2012.

Respectfully Submitted,

_____
N. Mark New, Esq.
Florida Bar # 0476773
William L. Grimsley, Esq.
Florida Bar # 084226
10407 Centurion Parkway N., Ste 200
Jacksonville, FL 32256
Telephone: (904) 224-4499
Telecopier: (904) 212-1491
mnew@mcglinchey.com
cburgess@mcglinchey.com
**ATTORNEYS FOR DEFENDANT**

410901.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Robert A. Rosenblatt, Esq.
The Rosenblatt Law Firm
7695 SW 104th Street
Second Floor
Miami, FL 33156
*Counsel for Cesare Gaspari*

/s/ [signature]
Attorney

410901.1